

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00203-CV

John F. **SONTAG**,
Appellant

v.

Sheila **CADENA**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 28,080
Honorable Enrique Fernandez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are taxed against Appellant John F. Sontag.

SIGNED May 15, 2013.

_____
Karen Angelini, Justice